UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kristina Gaston v. Bayer HealthCare Pharmaceuticals Inc., et al* | No. 3:11-cv-10464-DRH-PMF |
| *Cindy Holm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11049-DRH-PMF |
| *Rachel Genes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12388-DRH-PMF |
| *Natasha Summers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12488-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 21, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
 Deputy Clerk

Dated: February 28, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.28
10:38:03 -06'00'

APPROVED:
 CHIEF JUDGE
 U. S. DISTRICT COURT